Approved.
/s/ *Benita Y. Pearson* on 3/18/2019
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JAMES JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:18-cv-2231 |
| | ) | |
| vs. | ) | Judge Benita Y. Pearson |
| | ) | |
| WELLS FARGO, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), Plaintiff, JAMES JOHNSON ("Plaintiff"), Defendant, TEN-X, LLC d/b/a AUCTION.COM and Defendant, WELLS FARGO ("Defendants"), through their counsel, stipulate that Plaintiff is voluntarily dismissing this case, without prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, without prejudice, both sides to bear their own fees and costs.

Dated:   March 13, 2019

*/s/ Paul N. Garinger*
Paul N. Garinger (0079897)
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, Ohio  43215
Telephone:  (614) 628-0096
Facsimile:   (614) 628-1433
Email:  paul.garinger@btlaw.com

*Attorney for Defendant Ten-X, LLC d/b/a Auction.com*

*/s/ Robert J. Rohrbaugh via email authority 3/13/19*
Robert J. Rohrbaugh, II (0071668)
3200 Belmont Avenue, Suite 6
Youngstown, Ohio 44505
Telephone: (330) 781-0250
Facsimile: (330) 783-5552
Email: robert@rjrlawoffice.com

*Attorney for Plaintiff James Johnson*

*/s/ Scott A. King via email authority 3/12/19*
Scott A. King (0037582)
THOMPSON HINE LLP
10050 Innovation Drive, Suite 400
Miamisburg, Ohio 45342
Telephone: (937) 443-6560
Facisimile: (937) 443-6635
Email: scott.king@thompsonhine.com

*Attorney for Defendant Wells Fargo Bank, N.A.*